# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HURTADO MAGANA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:17-cv-0844- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 13) |

Plaintiff Juan Hurtado Magana and Defendant Nancy Berryhill, Acting Commissioner of Social Security, stipulated to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (*See* Doc. 13) Thus, the Court **ORDERS**:

1. Plaintiff's social security appeal is **DISMISSED WITH PREJUDICE**; and
2. The Clerk of Court is **DIRECTED** to close this action because this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **January 30, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE